IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERNESTO TELLO,<br><br>    Plaintiff,<br><br>v.<br><br>VB3, LLC, GIUSEPPI RUSSO, individually, GARY LEFF, individually, and RICKY, individually,<br><br>    Defendants. | 2:21-cv-12956-CCC-ESK<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

This matter in the above-captioned action having been settled, and counsel for Defendants not having filed an Answer or a Motion for Summary Judgment, it is hereby stipulated that pursuant to Fed. R. of Civ. P. 4l(a), that Plaintiff's claims hereby are dismissed with prejudice and without costs or attorneys' fees against any party.

Date:  October 3, 2021

/s Andrew I. Glenn
Andrew I. Glenn, Esquire
Jaffe Glenn Law Group, P.A.
100 Carnegie Center Suite 150
Princeton, New Jersey 08540
Attorneys for Plaintiff

IT IS SO ORDERED:

_____
Honorable Claire C. Cecci, U.S.D.J.

Dated:  _____11/12/2021_____

1